NOV 2 4 2009

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| THE BUSINESS EXCHANGE OF KY, INC., | Civil Action File No.: |
| Plaintiff | 1:09-CV-0259 |
| vs. | |
| JP CAPITAL & INSURANCE, INC., HITESH PATEL, and ANDOVER REALTY, INC., | **ORIGINAL** |
| Defendants | |

Deposition of **Mark McKernan**,

taken pursuant to the stipulations contained herein,

before Donna J. Llanes, Certified Court Reporter,

in and for the State of Georgia,

at the office of The Sturgeon Law Firm,

Atlanta, Georgia, at approximately 10:00 a.m.

on the 6th day of November 2009.

**Donna J. Llanes, CCR #2707**
Julie A. Willard & Associates
P.O. Box 215
McDonough, Georgia 30253
404-867-5269